IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRENDA BROWN, | ) |
| | )Civil Action No. |
| Plaintiff, | ) |
| | )Judge |
| vs. | ) |
| | )Magistrate Judge |
| KELLY SERVICES, INC., | ) |
| | ) **JURY TRIAL DEMANDED** |
| Defendant. | |

**COMPLAINT**

The Plaintiff, Brenda Brown, through her attorneys, hereby complaints against the

Defendant Kelly Services, Inc. as follows:

**Nature of the Action**

1.     The Plaintiff was employed by Kelly Services as a recruiter. After witnessing

certain discriminatory practices engaged in by Kelly Services toward African-American job

applicants, the Plaintiff complained to her manager. In response to her complaints, Kelly Services

terminated the Plaintiff. By terminating the Plaintiff in retaliation for her complaints of racial

discrimination, the Defendant violated Plaintiff's civil rights protected under Section 1981 of the

Civil Rights Act of 1866, as amended, 42 U.S.C. § 1981.

**Jurisdiction and Venue**

2.     This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 because

it involves a federal question under 42 U.S.C. § 1981.

3.     Venue is proper in this federal court because the Defendant resides in the

Northern District of Illinois, Eastern Division and the cause of action arose here.

**The Parties**

4.     The Plaintiff, Brenda Brown, is an African-American woman residing in Downers

Grove, Illinois.

5.        The Defendant, Kelly Services, Inc. is a Delaware corporation with a branch

office located in Romeoville, Illinois. Kelly Services is a worldwide employment agency and job

recruitment company assisting people and businesses with job placement, staffing and other

workplace solutions. In 2015, Kelly Services had annual revenues exceeded $5 billion.

## Plaintiff's Employment At Kelly Services

6.        On or about May 9, 2016, the Plaintiff entered into a verbal contract to work for

Kelly Services at its Romeoville branch office as a "temporary-to-hire" in-house recruiter. It was

explained to the Plaintiff by the branch manager that the  "temporary to hire" in-house recruiter

title was designated as a temporary position but would soon become permanent if plaintiff

performed satisfactorily. The branch manager also represented that there was a substantial

volume of work for the recruiters and Plaintiff had the opportunity to work at both the

Romeoville and Frankfort Illinois locations which were each managed by the same branch

manager.

7.        Based on Plaintiff's interest in a human resources and recruiting career and the

representations made by the Kelly Services branch manager, the Plaintiff accepted the in-house

recruiter position offered by Kelly Services. As an in-house recruiter, the Plaintiff was involved

in recruiting qualified job applicants to staff open assignments for Kelly Service clients.

8.        At all times during her employment with Kelly Services, the Plaintiff performed

her job duties in a satisfactory manner to warrant continued employment.

## The Discrimination Against African-American Job Applicants

9.        While performing her recruitment duties at the Kelly Services Romeoville branch

office, the Plaintiff witnessed the discriminatory treatment of African-American job applicants by

her co-worker who treated non-African Americans more favorably than similarly qualified African-American job applicants.

10.      The discriminatory treatment included, but was not limited to, giving non-African American job applicants preference over similarly qualified African-American applicants to fill available staffing assignments.

11.      African-Americans were also denied job assignments on pretextual grounds including unsupported assertions that the applicant only wanted to work summers or had suffered previous work related injuries.

12.      Additionally, non-African-American job applicants were promptly greeted and welcomed by Plaintiff's co-worker upon their arrival at the Romeoville branch office. The co-worker also frequently assisted non-African-Americans in the completion of their paperwork, including creating or revising resumes.

13.      African-American applicants, however, were frequently ignored when entering the Kelly Services offices. Similarly, no effort was made to assist them in the application process on the grounds that any such assistance was against policy. Consequently, African-Americans would be excluded from potential job assignments or placed at a substantial disadvantage in obtaining the assignment if their paperwork was deficient, such as having incomplete or missing resumes.

14.      The disparate treatment of African-American job applicants witnessed by the Plaintiff was greatly offensive to the Plaintiff and caused her emotional distress. Accordingly, the Plaintiff requested a meeting with her branch manager to protest the discriminatory treatment of African-American job applicants by her co-worker at the Romeoville office.

### Plaintiff's Complaints of Discrimination and Defendant's Retaliation

15.      On or about June 20, 2016, the Plaintiff met with the branch manager of the

Romeoville office, together with her co-workers to discuss the racial discrimination she witnessed. Following this meeting Plaintiff was assured by the branch manager that her complaints would be fully addressed.

16.     Following the June 20th meeting, the Plaintiff's coworker began to treat the Plaintiff in a disrespectful and hostile manner because of the Plaintiff's complaints of discrimination made against her.

17.     On or about June 27, 2016, the Plaintiff complained to her branch manager about the hostile treatment she was receiving from her co-worker following the June 20, 2016 meeting. In response, Plaintiff's branch manager asked plaintiff if she wanted to submit her two week notice of resignation. Plaintiff stated she had no intention of resigning.

18.     On or about June 28, 2016, the Plaintiff's branch manager informed Plaintiff that her employment was being terminated.

19.     The termination of the Plaintiff was in retaliation for her complaints of race discrimination.

20.     By terminating the Plaintiff because she complained about race discrimination, the Defendant intentionally deprived the Plaintiff of the enjoyment of all benefits, privileges, terms and conditions of employment associated with her contractual relationship with Defendant in violation of 42 U.S.C. § 1981.

21.     As a result of the retaliatory conduct by the Defendant Kelly Services, the Plaintiff has suffered actual damages, including lost wages.

22.     The retaliatory conduct by the Defendant Kelly Services has also caused the Plaintiff to suffer compensatory damages, including emotional distress.

23.     The retaliatory conduct by the Defendant Kelly Services was intentional because it

was done willfully and/or in complete disregard for the Plaintiff's federally protected civil rights.

Accordingly, punitive damages are warranted and justified.

Wherefore, the Plaintiff, Brenda Brown hereby requests that judgment be entered in her

favor and against the Defendant Kelly Services, Inc and to award her the following relief:

a.   Declare that the acts and practices complained of herein are in violation of 42 U.S.C. § 1981;

b.   Restrain and permanently enjoin these violations of 42 U.S.C. § 1981;

c.   Direct the Defendants to take such affirmative action as is necessary to ensure that the effects of these unlawful practices are eliminated and do not continue to affect the Plaintiff's employment conditions and opportunities;

d.   Award Plaintiff actual damages;

e.   Reinstate the Plaintiff or if reinstatement is not feasible, to award Plaintiff front pay;

f.   Award Plaintiff compensatory damages and damages for her mental anguish and humiliation;

g.   Award Plaintiff punitive damages;

h.   Award Plaintiff her expenses incurred in connection with this action, including reasonable attorneys' fees as provided by 42 U.S.C. § 1981a; and

i.   Grant Plaintiff such other and further relief as this Court deems just and proper.

**PLAINTIFF DEMANDS A JURY TRIAL ON ALL CLAIMS**

BRENDA BROWN

By: */s/ Marshalll J. Burt*
           One of her attorneys

Marshall J. Burt, Esq.
The Burt Law Group, Ltd.
77 W. Washington, Ste 1300
Chicago, IL 60602
(312)-419-1999
marshall@mjburtlaw.com
IARDC#6198381