IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRENDA BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.16-cv-11152 |
| vs. | ) |
| | ) |
| KELLY SERVICES, INC. | ) Judge Marvin Aspen |
| | ) |
| Defendant. | ) |

## STIPULATION REGARDING THE PLAINTIFF'S MOTIONS IN LIMINE

The above captioned parties, through their respective counsel or record do hereby agree and stipulate as follows as to the Plaintiff's Motions in Limine set forth under Schedule J of the Final Pre-Trial Order:

**Plaintiff's Motion in Limine #1:**

Plaintiff's motion to require the Defendant Kelly Services to designate a specific corporate representative who will attend the trial, if it wants such a representative present.

Stipulated and agreed to between the Parties.

**Plaintiff's Motion in Limine #2:**

Plaintiff's Motion to exclude witnesses other than the Plaintiff and the designated corporate representative of Kelly Services, if any, from the courtroom during trial. FRE 614(a)

Stipulated and agreed to between the Parties.

**Plaintiff's Motion in Limine #3:**

Plaintiff's Motion to bar any comment, testimony, argument or evidence that Plaintiff has a contingency fee arrangement with her attorneys and that the prevailing party is entitled to recover attorneys' fees because it is prejudicial, will confuse the issue of damages, and invade the authority of the Court to decide the attorney fee issue. FRE 403.

Stipulated and agreed to between the Parties.

**Plaintiff's Motion in Limine #4:**

Plaintiff's Motion to bar any non-public document not previously produced during discovery in response to a discovery request. Fed.R.Civ.P. 26 and 37

Stipulated and agreed to between the Parties.

**Plaintiff's Motion in Limine #5:**

Plaintiff's motion to bar comment, testimony, argument or evidence of any other actions, including administrative proceeds, brought by the Plaintiff against any other person or entity, including, but not limited to the lawsuit entitled *Brown v. Marquette Management, Inc et al*, Case no. 15-cv-03073 (USDC, ND ILL) on the basis that such testimony is irrelevant and highly prejudicial to the Plaintiff.

Stipulated and agreed to between the Parties.

**Plaintiff's Motion in Limine #6:**

Plaintiff's Motion to bar undisclosed witnesses. Fed.R.Civ.P. 26 and 37; FRE 403

Stipulated and agreed to between the Parties

BRENDA BROWN

By: /s/ Marshall J. Burt
Marshall J. Burt, Esq.
Andrew J. Cohen, Esq.
77 West Washington Street
Suite 1300
Chicago, IL 60602
(312) 419-1999

KELLY SERVICES, INC

By: /s/ Steven Potter
Steven Potter
Rick Patterson
Potter, DeAgostino, O'Dea & Patterson
2701 Cambridge Court #223
Auburn Hills, MI 48326
(248) 377-1700

By: /s/ Angela McManus Sekerka
Angela McManus Sekerka
Erin Kathleen Schreiber
Wilson, Elser, Moskowitz, Edelman & Dicker
55 W. Monroe St., Ste 3800
Chicago, IL 60603
(312) 704-0550

2