UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Brenda Brown
                          Plaintiff,

v.                                         Case No.: 1:16–cv–11152
                                                   Honorable Marvin E. Aspen

Kelly Services Inc
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 17, 2017:

      MINUTE entry before the Honorable Marvin E. Aspen:Defendant's reply in support of motion to set dispositive motion filing deadline, or, in the alternative, deem summary judgment motion timely [57] is due by 12/1/2017. Status hearing of 12/14/2017 is stricken and reset for 1/11/2018 at 10:30 AM.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.